## Alan Jay Parrish et al., Trading as Paris Manufacturing Company, Appellants, v. Pennsylvania Railroad Company, Appellee.

### Gen. No. 9,521. 

opinion filed June 22, 1947; released for publication August 18, 1947. Lawrence B. Moore, for appellants; Hunter, Kavanagh, McLaughlin & Bond, for appellee. Opinion by PRESIDING JUSTICE WHEAT. **Not to be published in full.**